IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PEANUTS WORLDWIDE LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br>Defendants. | Case No. 22-cv-05215<br><br>**Hon. Steven C. Seeger**<br><br>**Magistrate Judge Jeffrey Cole** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Peanuts Worldwide LLC hereby dismisses this action with prejudice as to the following Defendant:

| Defendant Name | Line No. |
|---|---|
| Dongguan Baolai Metal Can Co., Ltd. | 1 |
| Xiamen Jersan International Trade Co., Ltd. | 4 |
| VERDE AMARELO OFICIAL Store | 62 |
| heimei cafe | 97 |
| JOBOJOKK | 103 |
| golden apple art | 142 |
| Fuzhouqianyangxinxikejiyouxiangongsi | 144 |

Dated this 2nd day of December 2022.   Respectfully submitted,

/s/ Marcella D. Slay
Amy C. Ziegler
Justin R. Gaudio
Marcella D. Slay
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
mslay@gbc.law

*Counsel for Plaintiff Peanuts Worldwide LLC*